STEPHEN M. GARCIA (Bar No. 123338)
  sgarcia@lawgarcia.com
DAVID M. MEDBY (Bar No. 227401)
  dmedby@lawgarcia.com
**GARCIA LAW FIRM, THE**
One World Trade Center
Suite 1950
Long Beach, CA  90831
Telephone: (562) 216-5270
Facsimile: (562) 216-5271

BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1430
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:   (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@psswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

Co-Lead Class Counsel for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>Bluetooth Headset Products Liability Litigation, | CASE NO. 07-ML-01822 DSF<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DANIEL L. WARSHAW IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS**<br><br>[Assigned to Judge Dale S. Fischer]<br><br>Date: July 6, 2009<br>Time: 1:30 p.m.<br>Crtrm: 840 |

I, Daniel L. Warshaw, declare:

1. I am an attorney licensed to practice in the State of California and duly admitted to appear before this court in the above-captioned case. I am a partner with the firm of Pearson, Simon, Warshaw & Penny, LLP, co-lead counsel for plaintiffs. I am making this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Awards. I have personal knowledge of the facts set forth herein and can competently testify to them if called as a witness.

2. Pearson, Simon, Warshaw & Penny, LLP, was appointed as co-lead Class Counsel by the Court. Since that time, we have been the primary firm involved in the day to day handling of this litigation along with co-lead counsel, The Garcia Law Firm.

3. Attached hereto as Exhibit "A" is a true and correct summary of the hours spent on this litigation by the attorneys and paralegals at Pearson, Simon, Warshaw & Penny, LLP. This summary was prepared based on contemporaneous billing records. I believe all of the tasks performed and the hours spent, were reasonable and necessary to the prosecution of the claims of plaintiffs and the Class. Exhibit "A" shows a total lodestar of $328,101.50 which reflects the actual rates at which attorneys and paralegals at my firm billed for non-contingency services.

4. Attached hereto as Exhibit "B" is a true and correct summary of the $5,059.46 in litigation expenses incurred by Pearson, Simon, Warshaw & Penny, LLP to prosecute this case. I believe the litigation expenses incurred here were reasonable and necessary.

///
///
///
///
///
///

5. I believe the $12,000.00 incentive award requested for the nine Representative Plaintiffs is fair and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 22, 2009, at Sherman Oaks, California].

/s/
DANIEL L. WARSHAW

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

# EXHIBIT A

# PEARSON, SIMON, WARSHAW & PENNY, LLP

15165 Ventura Boulevard  
Suite 400  
Sherman Oaks, CA 91403-3373  
(818) 788-8300  
Fax: (818) 788-8104  

Tax I.D. # 04-3832496

Bluetooth Headset Products

Statement Date: June 22, 2009  
Statement No. 9703  
Account No. 5158.00001

RE: BLUETOOTH HEADSET PRODUCTS LIABILITY  
Claim No.:  
DOI:

Interim Statement

## Fees

|  | Hours |  |
|---|---|---|
| For Current Services Rendered | 575.60 | 328,101.50 |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Clifford H. Pearson | Senior Partner | 13.70 | $500.00 | $6,850.00 |
| Clifford H. Pearson | Senior Partner | 23.80 | 650.00 | 15,470.00 |
| Clifford H. Pearson | Senior Partner | 96.60 | 750.00 | 72,450.00 |
| Gary S. Soter | Senior Partner | 1.00 | 495.00 | 495.00 |
| Gary S. Soter | Senior Partner | 1.40 | 750.00 | 1,050.00 |
| Daniel L. Warshaw | Senior Partner | 0.90 | 500.00 | 450.00 |
| Daniel L. Warshaw | Senior Partner | 123.80 | 650.00 | 80,470.00 |
| Natalie Halpern | Paralegal | 0.50 | 175.00 | 87.50 |
| Bruce L. Simon | Senior Partner | 54.10 | 500.00 | 27,050.00 |
| Bruce L. Simon | Senior Partner | 12.00 | 650.00 | 7,800.00 |
| Bruce L. Simon | Senior Partner | 35.00 | 750.00 | 26,250.00 |
| Esther L. Klisura | Senior Associate | 55.00 | 350.00 | 19,250.00 |
| Esther L. Klisura | Senior Associate | 13.70 | 425.00 | 5,822.50 |
| Esther L. Klisura | Senior Associate | 75.90 | 455.00 | 34,534.50 |
| Bobby Pouya | Associate | 0.60 | 350.00 | 210.00 |
| Bobby Pouya | Associate | 18.70 | 455.00 | 8,508.50 |
| Melissa Williams | Paralegal | 2.20 | 90.00 | 198.00 |
| Ashlei M. Vargas | Associate | 3.10 | 425.00 | 1,317.50 |
| Ashlei M. Vargas | Associate | 43.60 | 455.00 | 19,838.00 |

Total Current Work                                                                                                    328,101.50

Balance Due                                                                                                                $328,101.50

000005

# EXHIBIT B

000006

# PEARSON, SIMON, WARSHAW & PENNY, LLP

15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403-3373
(818) 788-8300
Fax: (818) 788-8104

Tax I.D. # 04-3832496

Bluetooth Headset Products

Statement Date: June 22, 2009
Statement No. 9703
Account No. 5158.00001

RE: BLUETOOTH HEADSET PRODUCTS LIABILITY
Claim No.:
DOI:

Interim Statement

## Expenses

| Date | Description | Amount |
|---|---|---:|
| 04/01/2008 | Conference Call charges - Genesys Conferencing | 17.10 |
| 05/13/2008 | Conference Call charges - Genesys Conferencing | 18.00 |
| | Conference Call Charges - | 35.10 |
| 06/25/2007 | Photocopy charges | 3.90 |
| 06/30/2007 | Photocopy charges | 26.70 |
| 09/28/2007 | Photocopy charges | 38.40 |
| 10/01/2007 | Photocopy charges | 53.10 |
| 11/30/2007 | Photocopy charges | 6.00 |
| 12/31/2007 | Photocopy charges | 2.10 |
| 01/30/2008 | Photocopy charges | 21.90 |
| 01/19/2009 | Photocopy charges | 175.50 |
| | Photocopy charges | 327.60 |
| 02/09/2009 | Mileage to/from Los Angeles | 19.89 |
| | Mileage to/from | 19.89 |
| 02/13/2007 | Parking at the San Francisco Airport | 28.00 |
| 07/06/2007 | Parking | 33.00 |
| 09/17/2007 | Parking | 10.00 |
| 02/12/2008 | Parking for appearance regarding mediation on 2/4/08 | 32.59 |
| 02/09/2009 | Parking | 8.00 |
| | Parking | 111.59 |
| 02/13/2007 | Travel expense - Bruce Simon - roundtrip airfare to Los Angeles | 268.80 |
| 02/27/2007 | Travel expense - Hotel stay at the Luxe Rodeo Hotel in Beverly Hills on 2/28/07. | 240.77 |
| | Travel expense - | 509.57 |
| 09/25/2007 | Facsimile/Document Scan Costs | 4.60 |
| 09/26/2007 | Facsimile/Document Scan Costs | 1.40 |
| | Facsimile/Document Scan Costs | 6.00 |

000007

|  |  |  |
|---|---|---|
|  |  | Page: 2 |
| Bluetooth Headset Products |  | 06/22/2009 |
|  | Account No: | 5158-00001C |
|  | Statement No: | 9703 |
| BLUETOOTH HEADSET PRODUCTS LIABILITY |  |  |

| | | |
|---|---|---|
| 07/02/2007 | Bluetooth Litigation Cost Account -  Advance on costs | 20,000.00 |
| 07/21/2008 | (miscellaneous expense) Bluetooth Headset from Mobile One Technology | 156.96 |
| 02/09/2009 | (miscellaneous expense)  Meal expense | 122.46 |
| | (miscellaneous expense) | 20,279.42 |
| 04/04/2007 | Online legal research - Westlaw | 12.78 |
| 07/05/2007 | Online legal research - Westlaw | 12.99 |
| 08/01/2007 | Online legal research - Westlaw | 1.80 |
| 10/17/2007 | Online legal research - Westlaw | 26.74 |
| 05/30/2008 | Online legal research - Westlaw | 23.38 |
| 06/04/2008 | Online legal research - Westlaw | 22.49 |
| 06/05/2008 | Online legal research - Westlaw | 4.12 |
| 06/27/2008 | Online legal research - Pacer | 2.48 |
| 07/01/2008 | Online legal research - Pacer | 30.32 |
| 08/05/2008 | Online legal research - Westlaw | 1.33 |
| 09/30/2008 | Online legal research - Pacer | 33.28 |
| 11/13/2008 | Online legal research - Westlaw | 2.52 |
| 12/31/2008 | Online legal research - Pacer | 7.68 |
| 12/31/2008 | Online legal research - Pacer | 2.16 |
| 01/16/2009 | Online legal research - Westlaw | 0.13 |
| 04/01/2009 | Online legal research - Pacer (March charges) | 2.72 |
| 04/01/2009 | Online legal research - Pacer (March charges) | 0.80 |
| | Online legal research - | 187.72 |
| 09/26/2007 | Postage | 0.82 |
| | Postage | 0.82 |
| | Total Expenses | 21,477.71 |
| | Total Current Work | 21,477.71 |

Payments

| | | |
|---|---|---|
| 04/13/2009 | Payment - Thank you. | -16,418.25 |
| | Balance Due | $5,059.46 |