1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>Bluetooth Headset Products<br>Liability Litigation | Case No. 2:07-ML-1822-DSF-E<br><br>**CLASS ACTION**<br><br>**ORDER APPROVING SECOND JOINT STIPULATION FOR ATTORNEY ACCESS TO OBJECTIONS TO SETTLEMENT AGREEMENT**<br><br>**[JOINT STIPULATION FILED CONCURRENTLY]**<br><br>Judge: Hon. Dale S. Fischer<br>Date:  July 6, 2009<br>Time:  1:30 p.m.<br>Dept.:  840 |

---

[PROPOSED] ORDER APPROVING SECOND JOINT STIPULATION FOR ATTORNEY ACCESS TO
OBJECTIONS TO SETTLEMENT AGREEMENT

The Court hereby approves the Second Joint Stipulation for Attorney Access to Objections to Settlement Agreement and Orders as follows:

The parties' attorneys are granted immediate access to the documents filed as Docket Nos. 198, 199, 200, 201, 202, 203, 204, 205, 206, and 207.

**IT IS SO ORDERED.**

DATED: July __2__, 2009

_____
Honorable Dale S. Fischer
United States District Court Judge

Submitted by,

Becca J. Wahlquist (SBN 215948)
becca.wahlquist@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street, Suite 3700
Los Angeles, California  90017
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500

*Counsel for Defendant Motorola, Inc.*

2
**[PROPOSED] ORDER APPROVING SECOND JOINT STIPULATION FOR ATTORNEY ACCESS TO OBJECTIONS TO SETTLEMENT AGREEMENT**

# CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the following document:

**[PROPOSED] ORDER APPROVING SECOND JOINT STIPULATION FOR ATTORNEY ACCESS TO OBJECTIONS TO SETTLEMENT AGREEMENT**

with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the following counsel of record:

| | |
|---|---|
| **David B Casselman** <br> dcasselman@wcclaw.com | **Angel A Garganta** <br> angel.garganta@aporter.com |
| **Stephen M Garcia** <br> sgarcia@lawgarcia.com | **Sarina M Hinson** <br> shinson@biren.com |
| **Melissa M Harnett** <br> mharnett@wcclaw.com | **James B McHugh** <br> edna@mchughfuller.com |
| **Esther L Klisura** <br> eklisura@pswplaw.com | **Trenton H Norris** <br> trent.norris@aporter.com |
| **David Michael Medby** <br> dmedby@lawgarcia.com | **Bruce L Simon** <br> bsimon@pswplaw.com |
| **Mark P Pifko** <br> mark.pifko@aporter.com | **Daniel L Warshaw** <br> dwarshaw@pswplaw.com |

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed a copy of the foregoing document by United States First Class Mail, postage prepaid to the following non-CM/ECF participants:

| | |
|---|---|
| **Steven Alan Hart** <br> Segal McCambridge Singer & Mahoney <br> Sears Tower <br> 222 S. Wacker Drive, Suite 5500 <br> Chicago, IL 60611 | **Scott Wesley Henry** <br> **Scott Jason Vold** <br> Segal McCambridge Singer & Mahoney Ltd <br> 330 North Wabash Avenue, Suite 200 <br> Chicago, IL 60611 |

3

**[PROPOSED] ORDER APPROVING SECOND JOINT STIPULATION FOR ATTORNEY ACCESS TO OBJECTIONS TO SETTLEMENT AGREEMENT**

| | |
|---|---|
| **James Andrew Holmes**<br>605 South Main, Suite 203<br>Henderson, TX 75654 | **John Robert Mercy**<br>Mercy Carter Tidwell<br>1724 Galleria Oaks Drive<br>Texarkana, TX 75503 |
| **Theodore H. Frank**<br>Center for Class Action Fairness<br>1718 M. Street NW, No. 23-6<br>Washington, DC 20036 | **Joseph Campbell**<br>4255 S. Buckley Road, No. 187<br>Aurora, CO 80013 |

Executed July 2, 2009, at Los Angeles, California.

                                  Respectfully submitted,

                                  KIRKLAND & ELLIS LLP

                                  /s/Becca Wahlquist
                                Becca Wahlquist
                                E-mail: bwahlquist@kirkland.com

                                *Attorney for Defendant, Motorola, Inc.*

4

**[PROPOSED] ORDER APPROVING SECOND JOINT STIPULATION FOR ATTORNEY ACCESS TO OBJECTIONS TO SETTLEMENT AGREEMENT**