# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>Bluetooth Headset Products Liability Litigation, | CASE NO. 07-ML-01822 DSF<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER TO FILE UNDER SEAL THE SUPPLEMENTAL ATTORNEY DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS**<br><br>Date:   August 5, 2009<br>Time:   N/A<br>Crtrm.: 840 |

## ORDER

Having considered Plaintiffs' application to file under seal of supplemental declarations of Daniel L. Warshaw, Steven A. Hart, Michael J. Fuller, Jr., Michael Louis Kelly and James C. Wyly, the Court hereby orders as follows:

802964.1

1. The supplemental declarations of Daniel L. Warshaw, Steven A. Hart, Michael J. Fuller, Jr., Michael Louis Kelly and James C. Wyly in support of Plaintiffs' motion for attorneys' fees, costs and incentive awards shall be filed under seal. A redacted version shall be filed in the public record.

IT IS SO ORDERED.

DATED: August 7, 2009

*/s/ Dale S. Fischer*

Dale S. Fischer, Judge,
United States District Court, Central District
of California, Western Division

802964.1

2

[PROPOSED] ORDER TO FILE UNDER SEAL THE SUPPLEMENTAL ATTORNEY DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS