MELISSA M. HARNETT (Bar No. 164309)
mharnett@wcclaw.com
GREGORY B. SCARLETT (Bar No. 131486)
gscarlett@wcclaw.com
**WASSERMAN, COMDEN & CASSELMAN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800
Facsimile:  (818) 996-8266

Co-Class Counsel for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In re: | CASE NO. 07-ML-01822 DSF |
|---|---|
| Bluetooth Headset Products Liability Litigation | **CLASS ACTION** <br><br> [PROPOSED] ORDER TO FILE UNDER SEAL THE SUPPLEMENTAL DECLARATION OF MELISSA M. HARNETT IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS <br><br> Date:   August 5, 2009 <br> Time:  N/A <br> Crtrm: 840 |

918517.1

07-ML-01822 DSF

[PROPOSED] ORDER TO FILE UNDER SEAL

## [PROPOSED] ORDER

Having considered Plaintiffs' Application to file Under Seal the Supplemental Declaration Of Melissa M. Harnett In Support Of Plaintiffs' Motion For Attorneys' Fees, Costs And Incentive Awards dated August 5, 2009, the Court hereby orders as follows:

1) The Supplemental Declaration Of Melissa M. Harnett In Support Of Plaintiffs' Motion For Attorneys' Fees, Costs And Incentive Awards dated August 5, 2009, shall be filed under seal. A redacted version has been filed in the public record.

IT IS SO ORDERED.

DATED: ~~August~~ 10/14 2009

By: _____
Hon. DALE S. FISCHER
United Stated District Judge

DATED: August 5, 2009

Respectfully submitted,

**WASSERMAN, COMDEN & CASSELMAN, L.L.P.**

By: _____
MELISSA M. HARNETT
Co-Class Counsel for Plaintiffs and the Class

918517.1

2

EDCV 07-770 VAP (OPx)

[PROPOSED] ORDER TO FILE UNDER SEAL