THEODORE H. FRANK (SBN 196332)
   tedfrank@gmail.com
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW
No. 23-6
Washington, DC 20036
(703) 203-3848

Attorney for Objectors William J. Brennan, Bill Clendineng, William E. Gerken, Benjamin T. Rittgers, Henry Towsner, Scott M. Univer, and Aaron J. Walker

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>Bluetooth Headset Products Liability Litigation | Case No. 2:07-ML-01822-DSF-E<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

```
CLERK'S OFFICE U.S.D.C.
       LOS ANGELES
11/24/2009 9:01:28 AM  Receipt #: 126852
         Cashier : KPAGE [LA 1-1]
Paid by: THEODORE H. FRANK
2:ML07-01822
2010-086900
Amount :        Appeals Filing Fees(1)
                              $105.00
2:ML07-01822
2010-510000Judicial Services ($150.00)(1)
Amount :
                              $150.00
2:ML07-01822
2010-086400Appeals Filing fee - Special(1
)
Amount :
                              $200.00
---------------------------------------
Check Payment : 0555 /        455.00
---------------------------------------
Total Payment :
                              455.00
(= NO REFUNDS WITHOUT WHITE RECEIPT =)
```

Case No. 2:07-ML-01822-DSF-E

NOTICE OF APPEAL AND REPRESENTATION STATEMENT