UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**MEMORANDUM**

| Case No. | 07- ML-1822 | Date | 9/19/11 |
|---|---|---|---|
| Title | In re Bluetooth Headset Products Liability Litigation | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen M. Garcia | Mark T. Cramer |
| Daniel L. Warshaw | Angel A. Garganta |
| | Mark P. Pifko |
| | Terrence J. Dee |

**Proceedings:**      (IN CHAMBERS) Scheduling of Status Conference on Remand

This matter is set for a Status Conference on October 3, 2011 at 11:00 a.m.