| | |
|---|---|
| ANGEL A. GARGANTA (SBN 163957)<br>ARNOLD & PORTER LLP<br>One Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111<br>Telephone:   (415) 356-3000<br>Facsimile:    (415) 356-3099<br>E-Mail:         angel.garganta@aporter.com<br><br>Attorneys for Defendant<br>GN NETCOM, INC.<br><br>TERRENCE J. DEE (*pro hac vice*)<br>KIRLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone:   (312) 862-2099<br>Facsimile:    (312) 862-2200<br>E-Mail:         tdee@kirkland.com<br><br>Attorneys for Defendant<br>MOTOROLA, INC.<br><br>MARK T. CRAMER (SBN 198952)<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>Telephone:   (213) 680-8412<br>Facsimile:    (213) 680-8500<br>E-Mail:         mcramer@kirkland,com<br><br>Attorneys for Defendant<br>PLANTRONICS, INC. | DANIEL L. WARSHAW (SBN 185365)<br>PEARSON, SIMON, WARSHAW &<br>  PENNY LLP<br>15165 Ventura Blvd., Suite 400<br>Sherman Oaks, CA 91403<br>Telephone:   (818) 788-8300<br>Facsimile:    (818) 788-8104<br>E-Mail:         dwarshaw@pswplaw.com<br><br>STEPHEN M. GARCIA (SBN 123338)<br>DAVID M. MEDBY (SBN 227401)<br>THE GARCIA LAW FIRM<br>One World Trade Center, Suite 1950<br>Long Beach, CA 90831<br>Telephone:   (562) 216-5270<br>Facsimile:    (562) 216-5271<br>E-Mail:         sgarcia@lawgarcia.com<br>                    dmedby@lawgarcia.com<br><br>Co-Lead Counsel for Plaintiffs and the Class |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>BLUETOOTH HEADSET PRODUCTS LIABILITY LITIGATION | Case No.: 2:07-ML-1822-DSF-E<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

30984570v1

IT IS HEREBY STIPULATED, by and between Defendants GN Netcom, Inc., Motorola, Inc., and Plantronics, Inc., by and through their attorneys of record and Plaintiffs, by and through Co-Counsel for Plaintiffs and the Class, as follows:

WHEREAS, on September 20, 2011 the Court set this matter for a status conference on October 3, 2011.

WHEREAS, counsel for Defendant GN Netcom, Inc. is unavailable on October 3, 2011 due to previously scheduled business travel.

WHEREAS, counsel for Defendants GN Netcom, Inc., Motorola, Inc., Plantronics, Inc. and Co-Counsel for Plaintiffs and the Class have jointly agreed to request that the status conference set for October 3, 2011 at 11:00 am be continued to **October 17, 2011 at 11:00 am.**

NOW, THEREFORE, Plaintiffs and Defendants GN Netcom, Inc., Motorola, Inc., Plantronics, Inc., through their counsel of record, hereby stipulate and respectfully request that:

1. The status conference currently set for October 3, 2011 be continued to October 17, 2011 at 11:00 am.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Dated: September 21, 2011           ARNOLD & PORTER LLP


                                    By:   /s/ Angel A. Garganta
                                          Angel A. Garganta
                                          Attorneys for Defendant
                                          GN NETCOM, INC.


Dated: September 21, 2011           KIRKLAND & ELLIS LLP


                                    By:   /s/ Terrence J. Dee
                                          Terrence J. Dee
                                          Attorneys for Defendant
                                          MOTOROLA, INC.

| | |
|---|---|
| Dated: September 21, 2011 | KIRKLAND & ELLIS LLP<br><br>By: /s/ Mark T. Cramer<br>Mark T. Cramer<br>Attorneys for Defendant<br>PLANTRONICS, INC. |
| Dated: September 21, 2011 | PEARSON, SIMON, WARSHAW & PENNY LLP<br><br>By: /s/ Daniel L. Warshaw<br>Daniel L. Warshaw<br>Co-Lead Counsel for Plaintiffs and the Class |
| Dated: September 21, 2011 | THE GARCIA LAW FIRM<br><br>By: /s/ Stephen M. Garcia<br>Stephen M. Garcia<br>Co-Lead Counsel for Plaintiffs and the Class |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

Dated: _____    _____
The Honorable Dale S. Fischer
United States District Court Judge