**FILED**

UNITED STATES COURT OF APPEALS

NOV 05 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: BLUETOOTH HEADSET PRODUCTS LIABILITY LITIGATION. | No. 09-56683 |
| | D.C. No. 2:07-ml-01822-DSF Central District of California, Los Angeles |
| MICHAEL JONES; et al., Plaintiffs, and WILLIAMS J. BRENNAN; et al., Objectors - Appellants, v. GN NETCOM, INC.; et al., Defendants - Appellees. | ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 15 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

A review of this court's docket reflects that the filing and docketing fees for this appeal remain due. Within 21 days after the date of this order, appellants shall pay to the district court the $455.00 filing and docketing fees for this appeal and file in this court proof of such payment or file in this court a motion to proceed in forma pauperis. Failure to pay the fees or file a motion to proceed in forma

MT/MOATT

pauperis shall result in the automatic dismissal of the appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

The Clerk shall serve a Form 4 financial affidavit on appellants.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Mary Tsai
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A