**Exhibit 1**

| | Rate Increases | Inefficient Delegation of Tasks | Clerical Tasks | Block Billing | Vague Billing | Mistaken Time | Multiple Attendance at Events | Unnecessary Travel Time | Overstaffing on Tasks | Summer Associate Time | Fee Declaration Work |
|---|---|---|---|---|---|---|---|---|---|---|---|
| The Garcia Law Firm | | $6,806.00 | $2,505.00 | $29,659.20 | $465.90 | $6,238.75 | $1,800.00 | | | | $3,343.75 |
| Wasserman, Comden & Casselman, LLP | | $37,440.00 | $961.00 | $2,122.50 | | | | | $6,890.00 | $8,420.00 | $11,035.00 |
| Segal, McCambridge, Singer & Mahoney, Ltd. | | $22,905.00 | $7,650.00 | | | $300.00 | $11,440.00 | $13,600.00 | | | |
| Kirtland & Packard LLP | | $8,200.00 | $67.50 | $5,774.25 | | | $4,978.50 | | $525.00 | | |
| McHugh Fuller Law Group, PLLC | | $1,023.00 | | $5,934.00 | | $50.00 | | | | | |
| Pearson, Simon, Warshaw & Penny, LLP | $3,827.50 | $3,420.00 | $622.00 | $33,703.20 | | | $10,370.00 | | | | $19,301.00 |
| Wyly-Rommel, PLLC | | | | | $62,289.75 | | | | | | $3,250.00 |
| **Totals:** | **$3,827.50** | **$79,794.00** | **$11,805.50** | **$77,193.15** | **$62,755.65** | **$6,588.75** | **$28,588.50** | **$13,600.00** | **$7,415.00** | **$8,420.00** | **$33,679.75** |